United States District Court
Southern District of Texas
**ENTERED**
November 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| AMBER LEE PARKER | ) |
| VS. | ) CIVIL ACTION NUMBER |
| T. HAWKINS, Warden, FPC Bryan | ) M-23-0101 |

### ORDER OF TRANSFER

The Court having adopted the conclusions in the Report and Recommendation of United States Magistrate Judge J. Scott Hacker in an Order of even date herewith is of the opinion that this cause of action is subject to an intradistrict transfer.

It is, therefore, ORDERED that Petitioner's action for a writ of habeas corpus under 28 U.S.C. § 2241 is hereby TRANSFERRED to the Southern District of Texas, Houston Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(a).

The Clerk shall send a copy of this Order to the parties.

DONE on this 7th day of November, 2023, at McAllen, Texas.

_Ricardo H. Hinojosa_
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE